July 02, 2010

Mr. Sean D. Jordan
Assistant Solicitor General
PO Box 12548 (MC 059)
Austin, TX 78711-2548
Mr. John P. Mobbs
Attorney at Law
4157 Rio Bravo
El Paso, TX 79902

RE: Case Number: 08-1049
 Court of Appeals Number: 08-06-00271-CV
 Trial Court Number: 2006-2770

Style: THE UNIVERSITY OF TEXAS AT EL PASO
 v.
 ALFREDO HERRERA

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Lehrmann not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Denise |
| |Pacheco |
| |Ms. Delia |
| |Briones |